# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | 6030 N. Camelback Manor, LLC |
| **Case Number:** | 2:09-bk-09299-CGC  **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JULY 06, 2009 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | AIDA URBALEJO |

## Matter:

CHAPTER 11 INITIAL CASE CONFERENCE

**R / M #:**   1 / 0

## Appearances:

GEORGE A TACKER, ATTORNEY FOR 6030 N. CAMELBACK MANOR, LLC
JOHN ST. CLAIR, ATTORNEY FOR C & R CUSTOM TITLE

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:09-bk-09299-CGC    MONDAY, JULY 06, 2009 01:30 PM

## *Proceedings:*

Mr. Tacker advises his status report was filed and discusses the nature of Debtor's business which involves residential property leasing and development. He notes several trustee sales were scheduled by lenders against the real property. Mr. Tacker discusses the issues surrounding several of the mortgages and advises Debtor is unable to suggest a proposed chapter 11 plan until the issues surrounding the mortgages and deeds of trust are resolved. Mr. Tacker advises Aurora has filed a Motion for Relief from Automatic Stay which has been responded to. Mr. Tacker advises he will be filing adversary proceedings to set aside the trustee sales.

THE COURT ADVISES AURORA LOAN SERVICES THROUGH COUNSEL, MATTHEW SILVERMAN FILED A CERTIFICATE OF NO OBJECTION AND LODGED A FORM OF ORDER GRANTING THE MOTION FOR RELIEF FROM AUTOMATIC STAY. THE COURT ADVISES MR. TACKER TO REFILE AND RENOTICE THE SCHEDULES AND STATEMENTS AS A COMPLETE DOCUMENT. THE COURTROOM DEPUTY IS DIRECTED TO SET THE MOTION FOR RELIEF FROM STAY FILED ON BEHALF OF AURORA LOAN SERVICES FOR HEARING.

IT IS ORDERED DEBTOR SHALL HAVE UNTIL AUGUST 31, 2009 TO FILE A PLAN AND DISCLOSURE STATEMENT; FAILING WHICH THE CASE WILL BE SUBJECT TO CONVERSION/DISMISSAL. THIS DATE MAY BE EXTENDED UPON A MOTION FOR GOOD CAUSE SHOWN.

Mr. St. Claire discusses the Superior Court litigation and he makes an oral motion to lift the automatic stay.

Mr. Tacker has no objection to lifting of the automatic stay to finalizing the Superior Court matter.

COURT: IT IS ORDERED GRANTING THE ORAL MOTION FOR RELIEF FROM AUTOMATIC STAY.