**SO ORDERED.**

Dated: September 02, 2009



_____
**CHARLES G. CASE, II
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| 6030 N. CAMELBACK MANOR, L.L.C. | No. 2:09-bk-09299-CGC |
| Debtor. | **ORDER RE: MOTION TO EXTEND DEADLINES FOR FILING OF CHAPTER 11 PLAN AND DISCLOSURE STATEMENT** |

Counsel for Debtor having filed a Motion to Extend Deadlines for Filing of Chapter 11 Plan and Disclosure Statement and good cause appearing;

IT IS HEREBY ORDERED that Debtor's deadline for filing the Chapter 11 Plan in this matter shall be no later than October 16, 2009.

IT IS FURTHER ORDERED that Debtor's deadline for filing the required Disclosure Statement shall be no later than October 16, 2009.

DONE IN OPEN COURT this \_\_\_\_ day of August, 2009.

_____
JUDGE OF UNITED STATES BANKRUPTCYT COURT
FOR THE DISTRICT OF ARIZONA