**TACKER & ASSOCIATES PLLC**
11435 W. Buckeye Rd., Suite 104-412
Avondale, Arizona 85323
Telephone: (602) 385-3660
Facsimile: (602) 385-3661

**George A. Tacker (#019325)**
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| In re:<br><br>6030 N. CAMELBACK MANOR, LLC,<br><br>Debtor. | Case No.: 2:09-bk-09299-CGC<br><br>Chapter 11<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

COMES NOW counsel, George A. Tacker, for Debtor, 6030 N. CAMELBACK MANOR LLC, and hereby moves this Court for permission to withdraw as the attorney of record for the Debtor in the above-referenced matter. Debtor's counsel recently learned that he is unable to continue representing the Debtor in this matter as a conflict has risen between the member of the Debtor's Company and Debtor's counsel. A member of the Debtor's company claims that Debtor's counsel's company owes them a debt which has been disputed. As a result, should Debtor's counsel continue to represent the Debtor an obvious conflict of interest will exist between the attorney and Debtor's sole member. As such, Debtor's counsel respectfully requests that this Court sign the attached Court Order allowing Debtor's counsel to withdraw from representation of the Debtor in this matter. The Debtor's current address is:

6030 N. Camelback Manor, LLC
Attn: Walter Kabat
7707 W. Deer Valley Rd. Suite 115
Peoria, Arizona 85382

Further, the Debtor is aware that a status conference is pending on October 1, 2009 at 1:30 p.m. concerning the issues over pending Motions to Lift Stays on certain real property owned by the Debtor. The Debtor is also aware that Mathew Silverman requested a Motion for Relief from Stay on the real property located at 6540 W. Tonopah Drive, Glendale, Arizona and a response is due to the Motion to Lift Stay no later than September 30, 2009. Debtor is also aware that the Plan for the Chapter 11 is due no later than October 15, 2009.

Based on the foregoing ethical issue between the Debtor's owner and Debtor's counsel, Debtor's counsel respectfully request that this Court grant the Motion to Withdraw.

Respectfully submitted this 24th day of September, 2009.

**TACKER & ASSOCIATES PLLC**

_____/s/_____
George A. Tacker
Attorney for Debtor

ORIGINAL of the foregoing electronically
filed this 24th day of September, 2009 to:

United States Bankruptcy District of Arizona

United States Trustee

Mathew Silverman, Esq.

Lisa S. Kass, Esq.

Mark S. Bosco, Esq.

1. William Novotny, Esq.
2. Kevin Hahn, Esq.

COPY of the foregoing mailed this
____ day of September, 2009 to:

6030 N. Camelback Manor, LLC
Attn: Walter Kabat
7707 W. Deer Valley Rd. Suite 115
Peoria, Arizona 85382


By: _____/s/_____