# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---:|---|---|---|
| **Debtor:** | 6030 N. CAMELBACK MANOR, LLC | | |
| **Case Number:** | 2:09-BK-09299-CGC | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 19, 2009 01:30 PM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

## *Matters:*

1) Notice of Preliminary Hearing (AZ09-42986) filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of Aurora Loan Services
   **R / M #:**   147 / 0

2) ADM: 2:09-bk-09299-CGC
   PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BANK UNITED
   **R / M #:**   62 / 0

## *Appearances:*

JESSICA KENNEY, ATTORNEY FOR AURORA LOAN SERVICE
LEONARD MCDONALD, ATTORNEY FOR BANKUNITED

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...  2:09-BK-09299-CGC          THURSDAY, NOVEMBER 19, 2009 01:30 PM

*Proceedings:*

Ms. Kenney discusses the post-petition default due Aurora Loan Servicing; she argues there is no equity and advises the May 4th sale date has been continued but she is unsure to what date.

COURT: IT IS ORDERED CONTINUING THE MOTION FOR RELIEF FILED BY AURORA LOAN SERVICING TO DECEMBER 1, 2009 AT 2:30 P.M.; AT THAT TIME THE COURT WANTS TO KNOW THE FORECLOSURE SALE DATE.

Mr. McDonald advises this is a negative amortization note and the sale date is December 3, 2009.

COURT: IT IS ORDERED GRANTING THE MOTION FOR RELIEF FROM STAY FILED BY BANKUNITED AND NOT WAIVING THE 10 DAY PERIOD.

A copy was mailed on November 23, 2009 to:

MICHAEL G. TAFOYA, P.C.
PO BOX 80495
PHOENIX, AZ 85060

By: Rhonda Vaughan
      Deputy Clerk