**SO ORDERED.**



**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Dated: December 01, 2009

_____
**CHARLES G. CASE, II
U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20431/468584-8

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Walter C. Kabat<br>      Debtors.<br>_____<br>BankUnited, FSB<br>      Movant,<br>  vs.<br><br>Walter C. Kabat, Debtors; Office of the US Trustee, Trustee.<br><br>      Respondents. | No. 2:09-bk-09299-CGC<br><br>Chapter 11<br><br>O R D E R<br><br>(Related to Docket # 62) |

This matter having come before the Court for a Preliminary Hearing on November 19, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Michael G. Tafoya, P.C., and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated December 1, 2005, and recorded on December 9,

2005, in the office of the Maricopa County Recorder at Instrument No. 20051864811 wherein BankUnited, FSB is the current beneficiary and Walter C. Kabat have an interest in, further described as:

    Lot 346, OF A REPLAT OF LOTS 344-436, AND TRACTS H-J OF DREAMING SUMMIT UNIT 2B, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded Book 558 of Maps, Page 4.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT